**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: : NO. 780
:
REAPPOINTMENTS TO CONTINUING : SUPREME COURT RULES DOCKET
LEGAL EDUCATION BOARD :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2018, Daniel J. Rovner, Esquire, Philadelphia, Clifford B. Levine, Esquire, Allegheny County, and Max W. Laun, Esquire, Allegheny County, are hereby reappointed as members of the Continuing Legal Education Board, for terms expiring January 1, 2022.